# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SARA L. BIRCH,

    Plaintiff,

-vs-                                    Case No. 6:09-cv-92-Orl-28DAB

SYDGAN CORPORATION, DANIEL B. BELLOWS,

    Defendants.

_____

# ORDER

This case is before the Court on the Corrected Motion to Approve Joint Settlement (Doc. No. 12) filed March 25, 2009, and the Joint Motion to Approve Settlement (Doc. No. 11) filed March 24, 2009. The United States Magistrate Judge has submitted a report recommending that the corrected motion be granted and the joint motion be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 3, 2009 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve Settlement (Doc. No. 11) is **DENIED** as moot.

    3.    The Corrected Motion to Approve Joint Settlement (Doc. No. 12) is **GRANTED**.

    4.    This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22 day of April, 2009.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party